ACCEPTED
01-14-00953-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 12:41:03 PM
CHRISTOPHER PRINE
CLERK



## THE WEST LAW FIRM

### S. SCOTT WEST
BOARD CERTIFIED TRIAL LAWYER

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/8/2015 12:41:03 PM

CHRISTOPHER A. PRINE
Clerk

April 8, 2015

*First Court of Appeals*
301 Fannin
Houston, Texas 77002
*Via TexFile*

**RE:    Case No. 01-14-00953-CV**

**Style:    *Bobbie Tremain v. Jay Oates***

Dear *First Court of Appeals*:

My Name is S. Scott West.  I represent Bobbie Tremain in the above-referenced matter.

Please update my contact information as follows:

S. Scott West
*The West Law Firm*
1600 Highway Six, Suite 450
Sugar Land, Texas 77478
(281) 277-1500
(281) 277-1505 (fax)
emily@westfirm.com

Very truly yours,

*S. Scott West*

S. SCOTT WEST

